UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| JEREMY WELLS, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | Civil Action No. 3:18-CV-P163-CHB |
| | ) | |
| v. | ) | **MEMORANDUM OPINION** |
| | ) | |
| JASON WOOSLEY et al., | ) | |
| | ) | |
| Defendants. | ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

Upon filing the instant action, the plaintiff assumed the responsibility of keeping this Court advised of his current address and to actively litigate his claims. *See* LR 5.2(e) ("All pro se litigants must provide written notice of a change of residential address, and, if different, mailing address, to the Clerk and to the opposing party or the opposing party's counsel. Failure to notify the Clerk of an address change may result in the dismissal of the litigant's case or other appropriate sanctions.").

The Court sent an Order to the plaintiff on June 7, 2018. On July 26, 2018, that mailing was returned to the Court by the U.S. Postal Service marked "Return to Sender; Attempted Not Known; Unable to Forward." The plaintiff has not advised the Court of his new address, and documents from this Court and the defendants in this action cannot be served on him. In such situations, courts have an inherent power "acting on their own initiative, to clear their calendars of cases that have remained dormant because of the inaction or dilatoriness of the parties seeking relief." *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630 (1962). Because it appears to this Court that the plaintiff has abandoned any interest in prosecution of this case, the Court will dismiss the case by separate Order.

September 20, 2018

*signature: Claria Horn Boom*

Claria Boom, District Judge
United States District Court

cc: Plaintiff, *pro se*
　　Defendants
A958.009